# Third District Court of Appeal

## State of Florida

Opinion filed March 3, 2021.
Not final until disposition of timely filed motion for rehearing.

————————

No. 3D20-1957
Lower Tribunal No. F14-20634

————————

**Armon J. Everett,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Cristina Miranda, Judge.

Armon J. Everett, in proper person.

Ashley Moody, Attorney General, for appellee.

Before HENDON, LOBREE, and BOKOR, JJ.

PER CURIAM.

Affirmed.  See Kokal v. State, 901 So. 2d 766, 775 (Fla. 2005); Mills v. State, 786 So. 2d 547, 549 (Fla. 2001).